Form definmg2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   10–22633 WIL     Chapter:   7

Travis D. Mayhew                                      Sarah N. Mayhew
Debtor(s)

## SECOND NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

 Notice is hereby given that the Debtor(s) has not yet filed the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23). The Debtor(s) had been previously provided with notice of this requirement along with the first meeting of creditors notice. If the debtor(s) does not file the Personal Financial Management Certificate (Official Form 23) by **8/16/10, the case will be closed without a discharge**. The debtor(s) will have to file a motion to reopen the case to allow for the filing of the certificate of completion of a course in Personal Financial Management. The debtor(s) must pay the full filing fee of **$260.00** for filing such a motion.

 Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certification (Official Form 23) is a separate filing requirement.

 Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site: http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

 If you have already complied with the requirement to file the Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23), please disregard this notice.

Dated: 7/30/10

                    Mark D. Sammons, Clerk of Court
                    by Deputy Clerk, admin

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: admin              Page 1 of 1              Date Rcvd: Jul 30, 2010
Case: 10-22633                Form ID: definmg2        Total Noticed: 1

The following entities were noticed by first class mail on Aug 01, 2010.
db/db        +Travis D. Mayhew,   Sarah N. Mayhew,   48 Main St.,   Westernport, MD 21562-1408

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2010**                       **Signature:** _Joseph Speetjens_